**UNITED STATES of America,**
**Appellee,**

v.

**Tekeema Lanae WALKER, Appellant.**

**No. 11–1206.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 18, 2011.

Filed: June 13, 2011.

Jana K. Harris, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Chris Tarver, Assistant, Federal Public Defender's Office, Little Rock, AR, for Appellant.

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

Tekeema Lanae Walker, Little Rock, AR, pro se.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

PER CURIAM.

Tekeema Walker appeals the 12–month prison sentence the district court[1] imposed after revoking her supervised release. Upon careful review, we conclude that the district court properly considered relevant sentencing factors and did not impose an unreasonable revocation sentence. *See United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir.2008). Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.